IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOHN W. WOFFORD                                                                                    PLAINTIFF

vs.                                    Civil No. 1:10-cv-01001

MICHAEL J. ASTRUE                                                                                DEFENDANT
Commissioner, Social Security Administration


## JUDGMENT

Now on this 9th day of March, 2011 comes for consideration the Report and Recommendation dated February 16, 2011 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 13. Fourteen (14) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation, affirms the decision of the Administrative Law Judge, and dismisses Plaintiff's complaint with prejudice.

**IT IS SO ORDERED.**

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge